45

United States District Court
Southern District of Texas
ENTERED
JUL 0 6 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED
JUL 0 6 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RONALD L. CAWLFIELD | § |
| | § |
| VS. | §    C.A. NO. B-97-050 |
| | § |
| SOUTHERN UNION COMPANY | § |

## ORDER GRANTING JOINT MOTION FOR A LIMITED EXTENSION OF THE DEADLINE TO COMPLETE DISCOVERY

CAME ON FOR CONSIDERATION, Joint Motion for a Limited Extension of the Deadline to Complete Discovery and the Court, after considering the evidence and argument of counsel, is of the opinion that said Motion should be GRANTED; It is therefore

ORDERED, ADJUDGED and DECREED that the Joint Motion for a Limited Extension of the Deadline to Complete Discovery is hereby GRANTED.

DONE at Brownsville, Texas, on this 6TH day of JULY, 1998.

_____
JUDGE PRESIDING

copies to:
Daniel D. Herink
Keith N. Uhles