50

United States District Court
Southern District of Texas
ENTERED
JUL 3 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUL 3 0 1998
Michael N. Milby, Clerk of Court

## NOTICE

| | |
|---|---|
| RONALD L. CAWLFIELD § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-050 |
| § | |
| SOUTHERN UNION GAS COMPANY § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

AUGUST 28, 1998 AT 2:00 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 30, 1998

TO:      MR. KEITH N. UHLES
         MR. EDUARDO ROBERTO RODRIGUEZ