United States District Court
Southern District of Texas
ENTERED

NOV 12 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RONALD L. CAWLFIELD | § | |
| | § | |
| VS. | § | C.A. NO. B-97-050 |
| | § | |
| SOUTHERN UNION COMPANY | § | |

### AGREED ORDER GRANTING AGREED MOTION
### TO DISMISS WITH PREJUDICE

On this day came to be heard the Agreed Motion to Dismiss With Prejudice filed by Plaintiff Ronald L. Cawlfield and Defendant Southern Union Company. The Court has fully considered the motion and is of the opinion that it has merit and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the claims alleged by Plaintiff Ronald L. Cawlfield against Defendant Southern Union Company and this entire action are hereby dismissed with prejudice; and

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that all costs and attorney's fees shall be borne by the party incurring same.

Done at Brownsville, Texas on this 9th day of NOVEMBER, 1998.

JOHN WM. BLACK
United States Magistrate Judge

Agreed Order Granting Agreed Motion to Dismiss with Prejudice                                          Page 1

AGREED AS TO SUBSTANCE AND FORM:

_____
EDUARDO ROBERTO RODRIGUEZ
State Bar No. 17144000
JOSEPH A. (TONY) RODRIGUEZ
State Bar No. 17146600
DANIEL D. HERINK
State Bar No. 00790873
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 - Facsimile

ATTORNEYS FOR DEFENDANT
SOUTHERN UNION COMPANY

_____
KEITH N. UHLES
State Bar No. 20371100
ROYSTON, RAYZOR, VICKERY
 & WILLIAMS
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
Fax: (956) 542-4370

ATTORNEY FOR PLAINTIFF
RONALD L. CAWLFIELD